**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-20-00861-CR**
**No. 05-20-00862-CR**

**RAYAN DHANES GANESH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76113-S & F16-76111-S**

## ORDER NUNC PRO TUNC

Appellant's brief, initially due on November 29, 2020, has not been filed. In addition, the clerk's record does not contain the trial court's certification of appellant's right to appeal the September 14, 2020 judgments revoking community supervision. These appeals cannot proceed without the trial court's certifications of appellant's right to appeal or appellant's brief.

We **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute these appeals, whether appellant has abandoned the appeals, or whether appointed counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to complete and cause to be filed, in a supplemental clerk's record in each appeal, certifications that accurately reflect appellant's right to appeal the September 14, 2020 judgments in these appeals.

We **ORDER** the trial court to transmit a record of the proceedings regarding appellant's brief, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office, Appellate Division.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
        JUSTICE